

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

Eight Neshaminy Interplex
Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
jeremy@karpf-law.com

June 5, 2024

**FILED VIA ECF**

The Honorable Susan E. Schwab
United States District Court
Middle District of Pennsylvania
1501 North 6th Street
Harrisburg, PA 17102

      Re:    *Deana DiVincenzo v. Catherine Hershey Schools for Early Learning, et. al.*
                 **Case No.: 1:24-cv-00371**

Dear Judge Schwab:

    I represent the Plaintiff in the above-referenced matter. Please accept this letter on behalf of both parties, pursuant to the directives set forth in Your Honor's May 9, 2024 Order, to inform the Court that the parties feel that Mediation would be more productive after the exchange of written discovery and Plaintiff's deposition.

    If Your Honor requires any additional information, please let me know.

    Thank you.

                                                  Respectfully,

                                                 **KARPF, KARPF & CERUTTI, P.C.**

                                                 */s/ Jeremy M. Cerutti*
                                                 _____
                                                 Jeremy M. Cerutti, Esq.

cc: Mark A. Fontana, Esq.