IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEANA DEVINCENZO, | : | CIVIL NO: 1:24-cv-00371 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| CATHERINE HERSHEY SCHOOLS FOR EARLY LEARNING, *et al.,* | : | |
| Defendant. | : | |

## AMENDED CASE MANAGEMENT ORDER
October 23, 2024

Upon consideration of Deana Devincenzo's motion for 60-day discovery extension, **IT IS ORDERED** that the motion (*doc. 30*) is **GRANTED** and that the following amended case management order is entered in this matter. This Amended Case Management Order supersedes the previous Case Management Order (*doc. 17*) and all deadlines and everything scheduled therein.

I. **GENERAL.**

1. **Parties' Responsibility**. Counsel and pro se litigants are responsible for reading this entire order.

2. **Deadlines**.   The following deadlines, described in greater detail throughout this order, have been established for this case and may not be modified by the parties.

| | |
|---|---|
| Telephonic Status Call: | **December 19, 2024 at 10:00 a.m.**[1] |
| Close of Fact Discovery: | **December 27, 2024** |
| Dispositive Motions & Supporting Briefs: | **January 24, 2025** |
| Pretrial and Trial Deadlines: | **To Be Determined** |

3. **Requests for Extension of Time**.   Motions to modify or extend the deadlines established here shall be made before the time limits have passed. Requests for extension of the above time periods will not be granted except for good cause shown and must comply with Local Rule 7.5.

4. **Contacting the Court**.   Parties should contact the Court through our Deputy Clerk, Amanda Endy, at amanda_endy@pamd.uscourts.gov or (717) 221-3941.   No contact should be made with law clerks unless directed to do so by the Court.

---

[1] Counsel for the plaintiff shall initiate the call by calling Chambers at (717) 221-3980 once all parties are on the line, or by providing a call-in number.

## II. DISCOVERY.

1. **Discovery**. All fact discovery shall be completed on or before **December 27, 2024**. All requests for discovery must be made so as to allow for compliance before the close of discovery. The following limits on discovery apply to this case:

   (i) Depositions (excluding experts) to be taken by:

   Plaintiff: 10                Defendant: 7

   (ii) Interrogatories to be served by:

   Plaintiff: 25                Defendant: 25

   (iii) Document production requests to be served by:

   Plaintiff: 25                Defendant: 25

   (iv) Requests for admission to be served by:

   Plaintiff: 25                Defendant: 25

**Discovery in excess of these limits must be approved by the Court.**

2. Except as noted herein, the limitations on discovery imposed by the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Pennsylvania will be applied to this case. The parties must apply to the court to exceed the limitations established by the rules.

3. In the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the matter shall be brought before the court

by way of a telephone conference rather than through the filing of formal motions. Unless otherwise directed, the parties shall submit a joint letter of not more than three pages outlining the nature of the dispute and their respective positions and requesting a telephone conference with the court.

## III.  DISPOSITIVE MOTIONS.

All dispositive motions and supporting briefs must be filed on or before **January 24, 2025**. Briefs must adhere to the page limitations set forth in the local rules. Parties filing motions for summary judgment shall comply with Middle District Rule 7.4.

## IV.  PRETRIAL AND TRIAL.

All pretrial and trial deadlines will be determined after the resolution of any dispositive motions.

*<u>S/Susan E. Schwab</u>*
Susan E. Schwab
United States Magistrate Judge
