UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEANA DEVINCENZO, | : | NO. 1:24-CV-00371 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| CATHERINE HERSHEY SCHOOLS FOR EARLY LEARNING, | : : : | |
| Defendant. | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that: The Defendant's Motion for Summary Judgment, Doc. 36, is **GRANTED** in part and **DENIED** in part:

(1) As to Counts I, II, IV (Race Discrimination under Title VII, § 1981, and PHRA), the Defendant's Motion for Summary Judgment is **DENIED**.

(2) As to Counts I, II, IV (Retaliation and Hostile Work Environment), the Defendant's Motion for Summary Judgment is **GRANTED**.

(3) As to Counts III and IV (Disability Discrimination, Retaliation, and Failure to Accommodate), the Defendant's Motion for Summary Judgment is **GRANTED**.

Date: November 21, 2025     s/*Sean A. Camoni*
                            Sean A. Camoni
                            United States Magistrate Judge